

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Adversary No.: 24–03079

---

IN THE MATTER OF:
    Power Home Solar, LLC
        Debtor(s)

Case No.: 22–50228
Chapter: 7

---

Jimmy R Summerlin Jr
    Plaintiff(s)

vs.

Transperfect Holdings, LLC d/b/a Transperfect Document Management, Inc.
    Defendant(s)

---

# SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Dated: October 8, 2024

    Christine F. Winchester, Clerk
    U.S. BANKRUPTCY COURT
    401 West Trade Street
    Charlotte, NC 28202

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney:

    Jimmy R. Summerlin Jr.
    Young, Morphis, Bach & Taylor, L.L.P.
    P.O. Drawer 2428
    858 2nd Street, NE, Suite 200
    Hickory, NC 28603

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date of Issuance: October 8, 2024

    s/ Christine F. Winchester
    Clerk of Court

Form B2500A (12/15)
Electronically filed and signed ( 10/8/24)

**CERTIFICATION OF SERVICE**

I, _____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify
        (name)

that the service of this summons and a copy of the complaint was made _____ by:
        (date)

☐ Mail service: Regular, first class United States mail, postage fully pre–paid to:

☐ Personal service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                _____
Date                                                    Signature

                                                      _____
                                                      Print Name

                                                      _____
                                                      Business Address

                                                      _____
                                                      City, State